

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY | : CIVIL ACTION NO. : 3:03CV1131(EBB) |
| Plaintiff | : |
| VS. | : |
| MICHAEL CARUSONE and ROBERT FISHMAN | : |
| Defendants | : OCTOBER 10, 2003 |

## MOTION FOR DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), the plaintiff herein respectfully moves this Court for the entry of default against the defendant, Robert Fishman. In support of this motion, the plaintiff represents as follows:

1.  That the Summons and Complaint in this action were served on the defendant, Robert Fishman, on July 25, 2003, as appears from the Waiver of Service of Summons signed by the defendant, Robert Fishman;

2.  No appearance or Answer has been filed on behalf of the defendant, Robert Fishman;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3. The time within which the defendant, Robert Fishman, has to file an appearance has expired, said defendant has not filed an appearance, and the time for said defendant to file an appearance has not been extended;

4. The time within which the defendant, Robert Fishman, has to file an Answer has expired, said defendant has not filed an Answer, and the time for said defendant to file an Answer has not been extended;

5. The plaintiff has attached an affidavit in support of this Motion.

WHEREFORE, the plaintiff herein respectfully requests that this Court grant the instant Motion for Default against the defendant, Robert Fishman.

THE PLAINTIFF,
SENTRY INSURANCE
A MUTUAL COMPANY

By _____
Jeffrey F. Gostyla
Fed. Bar #ct14786
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Its Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel, on this 10th day of October, 2003 including:

Michael Carusone
Robert Fishman
c/o Joel J. Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

_____
Jeffrey F. Gostyla

473390.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

#### UNITED STATES DISTRICT COURT
#### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SENTRY INSURANCE<br>A MUTUAL COMPANY | : CIVIL ACTION NO.<br>: 3:03CV1131(EBB) |
| Plaintiff | |
| VS. | |
| MICHAEL CARUSONE and<br>ROBERT FISHMAN | |
| Defendants | : OCTOBER 10, 2003 |

### AFFIDAVIT FOR ENTRY OF DEFAULT

1.   Jeffrey F. Gostyla, being duly sworn, deposes and says that he is an attorney for the plaintiff in the above-entitled action;

2.   That the Summons and Complaint in this action were served on the defendant, Robert Fishman, on July 25, 2003, as appears from the Waiver of Service of Summons signed by the defendant, Robert Fishman;

3.   No appearance or Answer has been filed on behalf of the defendant, Robert Fishman;

4.   The time within which the defendant, Robert Fishman, may appear has expired, said defendant has not appeared, and the time for said defendant to appear has not been extended;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. The time within which the defendant, Robert Fishman, may file an Answer has expired, said defendant has not filed an Answer, and the time for said defendant to file an Answer has not been extended.

Jeffrey F. Gostyla

Subscribed and sworn to before me this 10th day of October, 2003.

Erik J. Ness
Commissioner of Superior Court

473401.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105